**Linda Jane HICKS, Plaintiff/Appellant,**

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE; Benjamin Reynolds; Defendants/Appellees,**

**Martin Title and Closing Services; Sheila Busch; Jan Atchley, doing business as Select Realty; Barbara Davis; Union Bank of Mena, Defendants,**

**George Page, doing business as Page Enterprises, Defendant/Appellee.**

No. 03–1740.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 26, 2003.

Decided Jan. 8, 2004.

Linda Jane Hicks, pro se, Greenbrier, AR, for Plaintiff–Appellant.

Charles E. Smith, Asst. U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Defendants–Appellees.

tions of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

Daniel B. Thrailkill, Page & Thrailkill, Mena, AR, for Defendants.

Before RILEY, MCMILLIAN, and SMITH, Circuit Judges.

PER CURIAM.

Linda Jane Hicks appeals the district court's [1] order (1) granting summary judgment against her on her claims under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971); (2) dismissing without prejudice her claims under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.;* (3) dismissing with prejudice her claims under 42 U.S.C. §§ 1985 and 1986; and (4) declining jurisdiction over any pendent state-law claims. After de novo review, *see Turner v. Holbrook,* 278 F.3d 754, 757 (8th Cir.2002), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.